## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JACOBSON WAREHOUSE CO., INC., ) <br> d/b/a XPO LOGISTICS SUPPLY CHAIN, <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHNUCK MARKETS, INC., ) <br> ) <br> Defendant. ) | No. 4:17-CV-00764 JAR |

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' respective motions for directed verdict at the close of all the evidence in this case. In considering a motion for directed verdict, "(t)he question is whether there is sufficient evidence to support a jury verdict against the moving party." Admiral Theatre Corp. v. Douglas Theatre Co., 585 F.2d 877, 883 (8th Cir. 1978); Fed. R. Civ. P. 50. Having heard all of the evidence and testimony presented, as well as the arguments of counsel, the Court finds and concludes there is insufficient evidence of any duty separate and apart from the parties' Operating Agreement. Defendant's counterclaims for breach of contract and negligence both reference the same subject matter - the management of NorthPark - and the same standard of care - "prevailing warehouse industry standards" - which Plaintiff agreed to adhere to as set forth in the parties' Agreement. For these reasons and the reasons set forth on the record, the Court will direct a verdict in favor of Plaintiff on Defendant's counterclaim for negligence.

The Court further finds and concludes there is insufficient evidence to support a jury verdict against Plaintiff on Defendant's claim for fraud based on representations Plaintiff made

in 2014 in response to its request for proposal (RFP). The evidence presented related to Plaintiff's inability to perform in 2016 and 2017. Defendant presented no evidence from which a jury could find that Plaintiff knew these representations were false when made. For these reasons and the reasons set forth on the record, the Court will direct a verdict in favor of Plaintiff on Defendant's counterclaim for fraud.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motions for directed verdict on Plaintiff's claim for breach of contract (Count I) and suit on account (Count III) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions for directed verdict on Defendant's counterclaims for breach of contract (Count I), breach of the covenant of good faith and fair dealing (Count II), and conversion (Count V) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions for directed verdict on Defendant's counterclaims for negligence (Count III) and fraud (Count IV) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for declaratory judgment (Count II) is **DISMISSED AS MOOT**.

Dated this 18th day of July, 2019.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**